## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| ELISHA STOKES, AN INDIVIDUAL, | NO. |
| Plaintiff, | Pottawattamie County District Court Case No. LACV124941 |
| vs. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | **DEFENDANT'S NOTICE OF REMOVAL** |
| Defendant. | 28 U.S.C. §1332 and 1446(b)(3) |

COMES NOW Defendant, by and through the undersigned attorney, pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446, and hereby removes the above-captioned case from the Iowa District Court for Pottawattamie County to the United States District Court, Southern District of Iowa, Western Division. In support removal, Defendant states the following:

1. This action was originally filed in the Iowa District Court for Pottawattamie County by Plaintiffs, on or about January 30, 2024.

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition are attached as Exhibit 1.

3. Defendant was served with the Petition in this matter on February 22, 2024. A copy of the acceptance of service is attached hereto as Exhibit 2. Defendant has not yet Answered the Petition.

4. This case may be removed from the Iowa District Court for Pottawattamie County to this Court pursuant to 28 U.S.C. § 1332 and 1446(b)(3). The United States District Court has original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs between citizens of

different states. Plaintiff and Defendant are residents of different states and, based on information and belief, Plaintiff is alleging damages greater than $75,000.

5. This is a civil action in which Plaintiff is seeking judgment relating to alleged bad faith conduct on behalf of the Defendant insurance company in handling Plaintiff's workers' compensation claim.

6. Pursuant to 28 U.S.C. § 1367(a), the United States District Court has supplemental jurisdiction over Plaintiff's related state law claims.

7. The acts about which Plaintiffs complain are alleged to have occurred as a result of an injury in Pottawattamie County, Iowa and her workers' compensation claim under the Iowa Workers' Compensation Act.

8. The time for filing this notice of removal has not expired because thirty (30) days have not passed since February 22, 2024, the date on which this Defendant was served with the Petition.

9. Defendants have not been served with, and are not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District Court for Pottawattamie County.

10. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution.

11. Counsel that has appeared on behalf of the Plaintiffs in state court is:

T.J. Pattermann
Gallner & Pattermann Law Firm
300 West Broadway, Suite 145
P.O Box 1588
Council Bluffs, IA  51502
712-323-0999
bgofta@sgallnerlaw.com

12. This Notice of Removal is being served upon Plaintiffs' counsel by electronic mail and is being filed with the Clerk of the Iowa District Court for Pottawattamie County.

**WHEREFORE**, Defendant Travelers Property Casualty Company of North America gives notice that the above-captioned action now pending in the Iowa District Court for Pottawattamie County is removed therefrom to the United States District Court for the Southern District of Iowa, Western Division.

Respectfully submitted,

_____
Timothy A. Clausen   #AT0001554
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
clausen@klasslaw.com
WWW.KLASSLAW.COM
712-252-1866
712-252-5822 fax

ATTORNEYS FOR DEFENDANT

I hereby certify that on March 6, 2024, I emailed the foregoing document with attachments to counsel of record.

   /s/ Timothy A. Clausen
   Timothy A. Clausen